UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-114-F1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DESTROY |
| V. ) | EVIDENCE |
| ) | |
| JAMES CARTER MCLEAN ) | |

It appearing to the Court that during the investigation of the above-captioned case, the one and a half inch marijuana cigar was seized during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by a member of the Raleigh Police Department in accordance with regulations of the Raleigh Police Department.

This the 22⁻ᵈ day of December, 2014.

_____
JAMES C. FOX
Senior United States District Court Judge